

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

ENTERED
10/31/2007

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JULIET GP, LLC | § | CASE NO. 07-36426 |
| | § | |
| DEBTOR | § | CHAPTER 7 |

### AGREED ORDER FOR RELIEF IN AN INVOLUNTARY BANKRUPTCY CASE

CAME ON FOR CONSIDERATION on this day, the involuntary petition filed in the above-referenced bankruptcy case by Almeda/Reed Interests, Ltd., 6353 Interests, Ltd., and Raj M. Rangwani (collectively, "Petitioning Creditors"). The parties announced that the terms of an agreement, as set forth herein, have been reached and Juliet GP, LLC, the named debtor herein ("Debtor"), ~~as evidenced by the signature of Douglas A. Brown, the managing member of Juliet GP, LLC,~~ stipulates that (i) an order for relief should be entered in this case, (ii) Debtor is not contesting the involuntary petition, and (iii) Debtor acknowledges and accepts its duties as a debtor as provided in, *inter alia*, 11 U.S.C. §521 and Debtor will comply with those duties. Therefore, on consideration of the involuntary petition filed against the Debtor and on consideration of the Debtor's stipulation made herein the Court finds that jurisdiction is proper over this matter pursuant to pursuant to 28 U.S.C. §§ 157 and 1334, that this is a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2), that the Debtor consents to the entry of this order for relief, and that this order for relief should be granted in this Bankruptcy. Accordingly, it is

ORDERED ADJUDGED AND DECREED that an order for relief under chapter 7 of title 11 of the United States Code is hereby granted. Further, it is

ORDERED ADJUDGED AND DECREED that Debtor is ordered and directed to comply with all of its duties as a debtor in a voluntary chapter 7 bankruptcy.

Date: 10/31/07

_____
UNITED STATES BANKRUPTCY JUDGE

APPROVED AND REQUESTED TO BE ENTERED:

By: _____
Ronald J. Sommers
Attorney in Charge
Texas Bar No. 18842500
Jennifer L. Haluptzok
Texas Bar No. 24053058
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056
(713) 960-0303 – Phone
(713) 892-4800 – Fax
ATTORNEYS FOR ALMEDA/REED INTERESTS, LTD. AND 6353 INTERESTS, LTD.

OF COUNSEL:
NATHAN SOMMERS JACOBS
A Professional Corporation
2800 Post Oak Blvd, 61st Floor
Houston, TX 77056
(713) 960-0303 - Phone
(713) 892-4800 - Fax

AGREED TO:

By: _____
J. Craig Cowgill
Texas Bar No. 04929000
2211 Norfolk St. #1190
Houston, Texas 77098-4054
(713) 956-0254 - Phone
ATTORNEY FOR JULIET GP, LLC

W:\5803 Richmond\Order for Relief- Juliet GP.wpd                 2