

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/26/2008

| | | |
|---|---|---|
| IN RE: | § | |
| JULIET GP, LLC | § | CASE NO. 07-36426-H1-7 |
| | § | |
| | § | Doc. #26 |
| DEBTOR | § | CHAPTER 7 |

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

Upon consideration of the Trustee's Application to employ Accountants, and it represented that the accountants of the accounting firm James P. Smith & Associates, P.C. represent no interest adverse to the Trustee, the above-named Debtor, or its estate, that its employment is necessary and would be in the best interest of the estate, and sufficient cause appears for such employment, it is therefore

**ORDERED** that Joseph M. Hill, Trustee, is authorized to employ James P. Smith and the accounting firm of James P. Smith & Associates, P.C. as accountants in this case effective January 22, 2008:

   a) to prepare any necessary federal and state income, payroll and franchise tax returns and reports of the bankruptcy estate;

   b) to provide evaluations and advice to Trustee on tax matters which may arise, including the evaluation of the tax effects of the sale of assets of the estate;

   c) to analyze the Debtor's books and records and financial transactions regarding possible fraudulent, post-petition and/or preferential transfers to which the estate may be entitled to a recovery;

   d) to analyze the books and records and financial transactions of entities and individuals to which the Debtor is related, may be related or may have been related at some prior date to determine the value of any assets and the existence of possible fraudulent transfers

to which the estate may be entitled to a recovery;

e) to assist Trustee as an accountant and/or expert witness in litigation of the estate, assist in examinations and discovery under Federal Rule of Bankruptcy Procedure 2004 and the Federal Rules of Civil Procedure and to prepare any required expert reports related to litigation matters.

with compensation to be paid in such amounts as may be allowed by the Court upon proper applications therefore.

Dated: **February 26, 2008**

*[signature]*

———————————————
HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE