IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| JULIET GP, LCC | § § | CASE NO. 07-36426 (Chapter 7) |
| DEBTOR | § | |

## AMENDMENT TO STATEMENT OF AFFAIRS

**STATEMENT OF AFFAIRS 19(c):**

**List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the Debtor.**

Joe M. Hill Chapter 7 Trustee located at 5851 San Felipe, Suite 950, Houston, TX 77057 and his account which has been approved by the Bankruptcy Court, James P. Smith & Associates, P.C., James P. Smith.

JULIET LP, LLC

By:/s/Douglas A. Brown
    Douglas A. Brown
    General Partner of Julie GP, LLC

OF COUNSEL:
J. CRAIG COWGILL & ASSOCIATES, P.C.

By:/s/J. Craig Cowgill
    J. Craig Cowgill
    State Bar No. 04929000
    8100 Washington, Suite 120
    Houston, TX. 77007
    713/956-0254(telephone)
    713/956-6284(fax)
    jccowgill@cowgillholmes.com

## VERIFICATION OF TRANSMITTAL TO THE U.S. TRUSTEE

The undersigned, an attorney, under the penalties of perjury, hereby certifies that a true and correct copy of the above and foregoing instrument has been transmitted to the United States Trustee, 3516 U.S. Courthouse, 515 Rusk Avenue, Houston, Texas 77002, via fax at **713/717-4670** on this 3rd day of March, 2008.

/s/J. Craig Cowgill

_____

J. Craig Cowgill

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion has been served Joe Hill, Steve Smith and all other parties entitled to receive notice electronically, if available, or by first class mail, proper postage affixed, on this 3rd day of March, 2008.

/s/J. Craig Cowgill

_____